JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASOOD ALAM, <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General; JANET NAPOLITANO, Secretary of Department of Homeland Security; ALEJANDRO MAYORKAS, Director of U.S. Citizenship and Immigration Services; ALFONSO AGUILAR, Chief of Office of Citizenship; and LARRY CRIDER, Acting San Francisco District Director of U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C 10-0192 JL <br><br> **STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; and** ~~[PROPOSED]~~ **ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about January 14, 2010. The Defendants filed their response on March 17, 2010.

2. Pursuant to this Court's January 14, 2010 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 21, 2010, and attend a case management conference on April 28, 2010.

Stip to Extend Dates
C 10-0192 JL                                                        1

1  3. The attorney for the Defendants is unavailable due to a training scheduled for the week of April 26, 2010.

4. Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   April 28, 2010

Case Management Conference:   May 5, 2010 at 10:30 a.m.

Date: April 16, 2010   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Attorney for Defendants

Date:  April 16, 2010   _____/s/_____
ANGELA M. BEAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 19, 2010

JAMES LARSON
United States Magistrate Judge

Stip to Extend Dates
C 10-0192 JL   2